**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
JOHN R. SCHOTT,              )
                             )
        Plaintiff,           )
                             )
           v.                ) Civil Action No. 03-350
                             ) Judge McVerry
COUNTY OF WESTMORELAND,       ) Magistrate Judge Caiazza
et al.,                      ) In Re: Doc 65
                             )
        Defendants.          )
```

<u>**ORDER**</u>

Before the court for resolution is a Motion for Sanctions filed by the Defendants' Westmoreland Regional Hospital and James Millwood, M.D. The Defendants' Motion, filed on June 20, 2005, is related to an order entered by this court on April 19, 2005.

Discovery in this case closed on March 28, 2005 and a series of dispositive motions are now before the court. With respect to the instant motion, the Plaintiff claims that the moving Defendants have accessed most of the information that they initially sought through the normal channels of the discovery process. The merits of that claim aside, the resolution of the instant Motion has no bearing on the pending summary judgment motions. *See* Defs.' Mot. ¶ 5 ("Defendants ability *to prepare this case for trial* has been significantly impaired by plaintiff's failure to respond to defendants' discovery requests.") (emphasis

added). Therefore, the court will delay ruling on the instant Motion until after the summary judgment motions are finally resolved. At that time, if appropriate, the Defendants shall again file its motion. Parenthetically, the sanction requested by the Defendants is overly broad.

The Motion For Sanctions is DENIED, without prejudice.

IT IS SO ORDERED this 21st day of July, 2005.


s/Francis X. Caiazza
Francis X. Caiazza
U.S. Magistrate Judge


cc:
Vincent A. Coppola, Esq.
Pribanic & Pribanic
513 Court Place
First Floor
Pittsburgh, PA 15219

Thomas P. Pellis, Esq.
Meyer, Darragh, Buckler,
Bebenek & Eck
114 South Main Street
Greensburg, PA 15601

Thomas B. Anderson, Esq.
Thomson, Rhodes & Cowie
1010 Two Chatham Center
Pittsburgh, PA 15219

Paula Koczan, Esq.
Samuel H. Foreman, Esq.
Weber Gallagher Simpson
Stapleton Fires & Newby
603 Stanwix Street